**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al.,** | Case No. CV 18-6229-DMG (JPRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **PREMIER INSTALLATIONS, LLC,** | |
| Defendant. | |

The Court having granted the motion for summary judgment of Plaintiffs Carpenters Southwest Administrative Corporation and the Board of Trustees for the Carpenters Southwest Trusts by order dated August 20, 2019 [Doc. # 32],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant Premier Installations, LLC. Defendant shall:

(1) Pay Plaintiffs a total of $115,479.98;

(2) Provide Plaintiffs with the required monthly reports and contributions for the period of August 2017 to May 2018; and

(3) Timely provide true and accurate monthly reports to each Plan and timely pay the full amount owing pursuant to each monthly report.

DATED:  September 20, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE